```
FRANCIS M. GREGOREK (144785)
RACHELE R. RICKERT (190634)
WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLP
Symphony Towers
750 B Street, Suite 2770
San Diego, CA 92101
Telephone: 619/239-4599
Facsimile:  619/234-4599

JEFFREY G. SMITH (133113)
WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLP
270 Madison Avenue
New York, NY 10016
Telephone: 212/545-4600
Facsimile:  212/545/4653
```

Attorneys for Plaintiffs

[Additional Counsel Appear on Signature Page]

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL J. BASILE, ALLAN B. ROSENTHAL, PHILIP J. RICHMAN, JAMES D. NELSON, DAVID STABILE, MARK STEEN and TERRY TOBIN, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br>  v.<br><br>A.G. EDWARDS & SONS, INC.<br><br>        Defendant. | CASE NO. 08 CV 0338 DMS LSP<br><br>CLASS ACTION<br><br>**NOTICE OF RELATED ACTION** |

1  TO:    THE COURT AND ALL PARTIES OF RECORD:

2      Pursuant to Local Rule 40.1(e), plaintiffs hereby give notice of the following related action

3  removed to and terminated in the Southern District of California:

4      Case Name                          Case No.                  Filing Date

5      *Takacs et al. v. A.G. Edwards & Sons, Inc.*,  04-cv-1852 JAH (NLS)    9/15/2004

6      The above action appears to arise from the same or substantially identical transactions,

7  happenings or events, and calls for determination of the same or substantially identical questions

8  of law and fact. Both this action and the *Takacs* action are alleged as class actions and assert

9  claims for alleged violations of the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.*, against A.G.

10 Edwards & Sons, Inc. for, among other things, failure to pay overtime wages to its Financial

11 Consultants.

12 WHEREFORE, plaintiff requests:

13     1.    That this action, *Basile v. A.G. Edwards & Sons, Inc.*, Case No. 08-cv-0338

14 DMS(LSP), be assigned to the Judge assigned to the low-numbered action.

15     2.    That all subsequent related actions be assigned to the Judge assigned to the

16 low-numbered action.

17 DATED: February 22, 2008        WOLF HALDENSTEIN ADLER
                                              FREEMAN & HERZ LLP
18                                               FRANCIS M. GREGOREK
19                                               RACHELE R. RICKERT

20                                               */s/ Rachele R. Rickert*
21                                               RACHELE R. RICKERT

22                                               750 B Street, Suite 2770
                                              San Diego, CA 92101
23                                               Telephone: 619/239-4599
                                              Facsimile: 619/234-4599
24

25                                               WOLF HALDENSTEIN ADLER
                                              FREEMAN & HERZ LLP
26                                               JEFFREY G. SMITH
                                              ROBERT ABRAMS
27                                               270 Madison Avenue
                                              New York, NY 10016
28                                               Telephone: 212/545-4600
                                              Facsimile: 212/545/4653

HOFFMAN & LAZEAR
H. TIM HOFFMAN
180 Grand Avenue, Suite 1550
Oakland, CA 94612
Telephone: 510/763-5700

THIERMAN LAW FIRM P.C.
MARK THIERMAN
7287 Lakeside Drive, Suite 101
Reno, NV 89511
Telephone: 775/284-1500

CARLSON LYNCH LTD
GARY F. LYNCH
36 N. Jefferson Street
Post Office Box 7635
New Castle, PA 16107
Telephone: 724/656-1555

SCHIFFRIN BARROWAY TOPAZ
  & KESSLER, LLP
GERALD D. WELLS
280 King of Prussia Road
Radnor, PA 19807
Telephone: 610/667-7706

Attorneys for Plaintiffs

AGE:15813.NOT

- 2 -

## DECLARATION OF SERVICE

I, Maureen Longdo, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, a citizen of the United States and a resident of the County of San Diego, over the age of 18 years, and not a party to or interested in the within action; that declarant's business address is 750 B Street, Suite 2770, San Diego, California. 92101.

2. That on February 22, 2008, declarant served the NOTICE OF RELATED ACTIONS via U.S. Mail in a sealed envelope with postage thereon fully prepaid and addressed to the parties listed on the attached Service List.

3. That there is regular communication between the parties.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 22nd day of February, at San Diego, California.

*Maureen Longdo*
MAUREEN LONGDO

A.G. EDWARDS & SONS, INC.
Service List – February 22, 2008
Page 1

COUNSEL FOR PLAINTIFFS

Francis M. Gregorek
Rachele R. Rickert
WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLP
750 B Street, Suite 2770
San Diego, CA 92101
    619/239-4599
    619/234-4599 (fax)

Jeffrey G. Smith
Robert Abrams
WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLP
270 Madison Avenue
New York, NY 10016
    212/545-4600
    212/545/4653 (fax)

Attorneys for Plaintiffs CARL J.
BASILE and ALLAN B. ROSENTHAL

H. Tim Hoffman
HOFFMAN & LAZEAR
180 Grand Avenue, Suite 1550
Oakland, CA 94612
    510/763-5700

Mark Thierman
THIERMAN LAW FIRM P.C.
7287 Lakeside Drive, Suite 101
Reno, NV 89511
    775/284-1500

Attorneys for Plaintiffs PHILIP J.
RICHMAN and JAMES D. NELSON

Gary F. Lynch
CARLSON LYNCH LTD
36 N. Jefferson Street
Post Office Box 7635
New Castle, PA 16107
    724/656-1555

Attorneys for Plaintiffs TERRY TOBIN
and MARK STEEN

Gerald D. Wells
SCHIFFRIN BARROWAY TOPAZ
  & KESSLER, LLP
280 King of Prussia Road
Radnor, PA 19807
    610/667-7706

Attorneys for Plaintiff DAVID
STABILE

COUNSEL FOR DEFENDANTS

Andrew J. Schaffran
MORGAN LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY 10178
    212/309-6380

Daryl S. Landy
MORGAN LEWIS & BOCKIUS LLP
2 Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306
    650/843-7561
    650/843-4001 (Fax)

Attorneys for Defendant
A.G. EDWARDS & SONS, INC

15814

A.G. EDWARDS & SONS, INC.
Service List – February 22, 2008
Page 2


ATTORNEYS FOR RELATED
ACTION

James F. Clapp
DOSTART CLAPP GORDON
 & COVENEY, LLP
4370 La Jolla Village Dr, Suite 970
San Diego, CA 92122-1253
    858/623-4200
    858/623-4299 (fax)

Attorneys for Plaintiffs Drew Takacs and Ryan Flynn

Christopher A. Parlo
Andrew J. Schaffran
MORGAN LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY 10178-0060
    212/309-6084
    212/309-6273 (fax)

Barbara I. Antonucci
MORGAN LEWIS AND BOCKIUS
One Market Place
Spear Street Tower
San Francisco, CA 94105-1126
    415/442-1000
    415/442-1001 (fax)

Attorneys for Defendant
AG Edwards and Sons, Inc.

15814