Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
08 FEB 22 AM 9:37
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

CARL J. BASILE, ALLAN B. ROSENTHAL, PHILIP J. RICHMAN, JAMES D. NELSON, DAVID STABILE, MARK STEEN and TERRY TOBIN, on behalf of themselves and all others similarly situated,
vs
A.G. EDWARDS & SONS, INC.

SUMMONS IN A CIVIL ACTION

Case No.

'08 CV 0338 DMS LSP

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Francis M. Gregorek, Rachele R. Rickert
Wolf Haldenstein Adler Freeman & Herz LLP
750 B Street, Suite 2770
San Diego, CA 92101

An answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

FEB 22 2008
DATE

J. PARIS
By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14448\1 May 5, 1999 (11:34am)

