1  FRANCIS M. GREGOREK (144785)
   RACHELE R. RICKERT (190634)
2  WOLF HALDENSTEIN ADLER
     FREEMAN & HERZ LLP
3  Symphony Towers
   750 B Street, Suite 2770
4  San Diego, CA 92101
   Telephone: 619/239-4599
5  Facsimile: 619/234-4599

6  JEFFREY G. SMITH (133113)           DARYL S. LANDY
   WOLF HALDENSTEIN ADLER              MORGAN LEWIS & BOCKIUS LLP
7    FREEMAN & HERZ LLP                2 Palo Alto Square
   270 Madison Avenue                  3000 El Camino Real
8  New York, NY 10016                  Palo Alto, CA 94306
   Telephone: 212/545-4600             Telephone: 650/843-7561
9  Facsimile: 212/545/4653             Facsimile: 650/843-4001

10
   Attorneys for Plaintiffs            Attorneys For Defendant
11

12 [Additional Counsel Appear on Signature Page]

13              UNITED STATES DISTRICT COURT

14              SOUTHERN DISTRICT OF CALIFORNIA

15

16 | CARL J. BASILE, ALLAN B. ROSENTHAL, | ) CASE NO. 08 CV 0338 JAH (NLS) |
   PHILIP J. RICHMAN, JAMES D. NELSON,     )
17 DAVID STABILE, MARK STEEN and TERRY     ) CLASS ACTION
   TOBIN, on behalf of themselves and all others )
18 similarly situated,                     ) **NOTICE OF MOTION AND**
                                           ) **JOINT MOTION FOR**
19          Plaintiffs,                    ) **PRELIMINARY APPROVAL OF**
20      v.                                 ) **CLASS AND COLLECTIVE**
                                           ) **ACTION SETTLEMENT**
21 A.G. EDWARDS & SONS, INC.               )
                                           ) DATE:  May 12, 2008
22          Defendant.                     ) TIME:  2:30 p.m.
                                           ) CRTRM: 11
23                                         ) JUDGE: Hon. John A. Houston
24

25

26

27

28

1  TO:    ALL PARTIES AND THEIR COUNSEL OF RECORD

2       PLEASE TAKE NOTICE that on May 12, 2008 at 2:30 p.m., or as soon thereafter as the
3  matter may be heard, before the Honorable John A. Houston, United States District Judge, in
4  Courtroom 11, Second Floor of the United States District Court, Southern District of California,
5  940 Front Street, San Diego, California 92101-8900, Plaintiffs Carl J. Basile, Allan B. Rosenthal,
6  David Stabile, Philip J. Richman, James D. Nelson, Mark Steen and Terry Tobin and Defendant
7  A.G. Edwards & Sons, Inc. will, and hereby do, jointly move this Court for an order:  (1)
8  preliminarily approving the proposed $12 million Settlement; (2) conditionally certifying the Class
9  and the Collective Action described in the Joint Stipulation and Settlement Agreement for
10 settlement purposes only; (3) appointing for settlement purposes only (i) Plaintiffs as Class and
11 Collective Action Representatives, (ii) Plaintiffs' counsel as Class Counsel and (iii) the Garden
12 City Group, Inc. as the Claims Administrator; (4) appointing Judge Legge as Special Master
13 pursuant to Fed. R. Civ. P. 53(a)(1)(A) to (i) review and make a recommendation regarding the
14 proposed allocation of the Net Settlement Amount among Participating Claimants and (ii) review
15 and hear any objections with respect to the allocation of the Net Settlement Amount and to make a
16 written recommendation to the Court regarding those objections; and (5) scheduling a Notice and
17 Allocation Approval Hearing to occur approximately three weeks after the Court receives Judge
18 Legge's Recommendations to this Court following preliminary approval.

19      This motion is brought pursuant to Fed. R. of Civ. P. 23 and 53(b) and is based on this
20 Notice of Motion, the Memorandum of Points and Authorities and the Joint Stipulation and

| | |
|---|---|
| 1 | Settlement Agreement in support thereof, filed concurrently herewith, the pleadings and other files |
| 2 | herein, and such other written or oral argument as may be presented to the Court. |

DATED: March 7, 2008

                         WOLF HALDENSTEIN ADLER
                           FREEMAN & HERZ LLP
                         JEFFREY G. SMITH
                         ROBERT ABRAMS

                         _____/s/ Jeffrey G. Smith_____
                             JEFFREY G. SMITH

                         270 Madison Avenue
                         New York, NY 10016
                         Telephone: 212/545-4600
                         Facsimile: 212/545/4653

                         WOLF HALDENSTEIN ADLER
                           FREEMAN & HERZ LLP
                         FRANCIS M. GREGOREK
                         RACHELE R. RICKERT
                         750 B Street, Suite 2770
                         San Diego, CA 92101
                         Telephone: 619/239-4599
                         Facsimile: 619/234-4599

                         HOFFMAN & LAZEAR
                         H. TIM HOFFMAN
                         180 Grand Avenue, Suite 1550
                         Oakland, CA 94612
                         Telephone: 510/763-5700

                         THIERMAN LAW FIRM P.C.
                         MARK THIERMAN
                         7287 Lakeside Drive, Suite 101
                         Reno, NV 89511
                         Telephone: 775/284-1500

                         CARLSON LYNCH LTD
                         GARY F. LYNCH
                         36 N. Jefferson Street
                         Post Office Box 7635
                         New Castle, PA 16107
                         Telephone: 724/656-1555

                         SCHIFFRIN BARROWAY TOPAZ
                          & KESSLER, LLP
                         GERALD D. WELLS
                         280 King of Prussia Road
                         Radnor, PA 19807
                         Telephone: 610/667-7706

                         Attorneys for Plaintiffs

08 CV 0338 JAH (NLS)

- 1 -

| | | |
|---|---|---|
| 1 | DATED: March 7, 2008 | MORGAN LEWIS & BOCKIUS LLP<br>DARYL S. LANDY |
| 2 | | |
| 3 | | /s/ Daryl S. Landy |
| 4 | | DARYL S. LANDY |
| 5 | | 2 Palo Alto Square |
| 6 | | 3000 El Camino Real<br>Palo Alto, CA 94306 |
| 7 | | Telephone: 650/843-7561<br>Facsimile: 650/843-4001 |
| 8 | | |
| 9 | | MORGAN LEWIS & BOCKIUS LLP<br>ANDREW J. SCHAFFRAN |
| 10 | | 101 Park Avenue<br>New York, NY 10178 |
| 11 | | Telephone: 212/309-6380<br>Facsimile: 212/309-6001 |
| 12 | | |
| 13 | | Attorneys For Defendant |

AGE:15821.NOT