1  FRANCIS M. GREGOREK (144785)
   RACHELE R. RICKERT (190634)
2  WOLF HALDENSTEIN ADLER
     FREEMAN & HERZ LLP
3  Symphony Towers
   750 B Street, Suite 2770
4  San Diego, CA 92101
   Telephone: 619/239-4599
5  Facsimile: 619/234-4599

6  JEFFREY G. SMITH (133113)
   WOLF HALDENSTEIN ADLER
7    FREEMAN & HERZ LLP
   270 Madison Avenue
8  New York, NY 10016
   Telephone: 212/545-4600
9  Facsimile: 212/545/4653

10 Attorneys for Plaintiffs

11 [Additional Counsel Appear on Signature Page]

12               UNITED STATES DISTRICT COURT

13              SOUTHERN DISTRICT OF CALIFORNIA

14

| | |
|---|---|
| CARL J. BASILE, ALLAN B. ROSENTHAL, PHILIP J. RICHMAN, JAMES D. NELSON, DAVID STABILE, MARK STEEN and TERRY TOBIN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>A.G. EDWARDS & SONS, INC.<br><br>Defendant. | CASE NO. 08 CV 0338 JAH (NLS)<br><br>CLASS ACTION<br><br>**COMPENDIUM OF UNPUBLISHED AUTHORITIES IN SUPPORT OF JOINT MOTION FOR PRELIMINARY APPROVAL OF CLASS AND COLLECTIVE ACTION SETTLEMENT**<br><br>DATE: May 12, 2008<br>TIME: 2:30 p.m.<br>CRTRM: 11<br>JUDGE: Hon. John A. Houston |

1    Plaintiffs hereby lodge the attached unpublished authorities in support of the Joint Motion
for Preliminary Approval of Class and Collective Action Settlement:

| Exhibit | Document |
|---|---|
| A | DOL Opinion Letter, FLSA 2006-43 (Nov. 27, 2006); |
| B | *Bachrach v. Chase Investment Services Corp.*, Slip. Op., Case No. 2:06-cv-02785-WJM-MF (D.N.J. November 1, 2007); |
| C | *Glass v. UBS Financial Services, Inc.*, Order Appointing The Honorable Charles Legge As Master Pursuant To The Stipulation of Parties, Case No. 06-4068 MMC (N.D. Cal. Dec. 7, 2006); |
| D | *Handler v. Oppenheimer & Co.*, Slip. Op., Case No. BC343542 (Los Angeles Sup. Ct. Oct. 9, 2007). |

DATED: March 7, 2008

WOLF HALDENSTEIN ADLER
 FREEMAN & HERZ LLP
FRANCIS M. GREGOREK
RACHELE R. RICKERT


            /s/ Rachele R. Rickert
RACHELE R. RICKERT

750 B Street, Suite 2770
San Diego, CA 92101
Telephone: 619/239-4599
Facsimile:  619/234-4599

WOLF HALDENSTEIN ADLER
 FREEMAN & HERZ LLP
JEFFREY G. SMITH
ROBERT ABRAMS
270 Madison Avenue
New York, NY 10016
Telephone: 212/545-4600
Facsimile:  212/545/4653

HOFFMAN & LAZEAR
H. TIM HOFFMAN
180 Grand Avenue, Suite 1550
Oakland, CA 94612
Telephone: 510/763-5700

THIERMAN LAW FIRM P.C.
MARK THIERMAN
7287 Lakeside Drive, Suite 101
Reno, NV 89511
Telephone: 775/284-1500

| | |
|---|---|
| 1 | CARLSON LYNCH LTD |
| 2 | GARY F. LYNCH<br>36 N. Jefferson Street<br>Post Office Box 7635 |
| 3 | New Castle, PA 16107<br>Telephone: 724/656-1555 |
| 4 | SCHIFFRIN BARROWAY TOPAZ |
| 5 | & KESSLER, LLP<br>GERALD D. WELLS |
| 6 | 280 King of Prussia Road<br>Radnor, PA 19807 |
| 7 | Telephone: 610/667-7706 |
| 8 | Attorneys for Plaintiffs |

AGE:15838.COMP