\

# EXHIBIT C

| | |
|---|---|
| 1 | M. KIRBY C. WILCOX (SB# 78576) kirbywilcox@paulhastings.com |
| 2 | MICHAEL M. PFYL (SB# 240925) michaelpfyl@paulhastings.com |
| | MOLLY HARCOS (SB# 233556) mollyharcos@paulhastings.com |
| 3 | PAUL, HASTINGS, JANOFSKY & WALKER LLP |
| | 55 Second Street |
| 4 | Twenty-Fourth Floor |
| | San Francisco, CA 94105-3441 |
| 5 | Telephone: (415) 856-7000 |
| | Facsimile: (415) 856-7100 |
| 6 | |
| | Attorneys for Defendant |
| 7 | UBS FINANCIAL SERVICES INC. |
| 8 | KEVIN J. McINERNEY (NY SB# KM-0163) |
| | CHARLES A. JONES (SB# 224915) |
| 9 | McINERNEY & JONES |
| | 18124 Wedge Parkway, #503 |
| 10 | Reno, NV 89511 |
| | Telephone: (775) 849-3811 |
| 11 | Facsimile: (775) 849-3866 |
| 12 | Attorneys for Plaintiffs |
| 13 | JOSEPH GLASS, DANTE DIFRANCESCO, RALPH CARBONE, AND DAVID BACHRACH |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 17 | JOSEPH GLASS, DANTE DIFRANCESCO, RALPH CARBONE, AND DAVID BACHRACH, individually, and on behalf of all others similarly situated, | CASE NO. C-06-4068 MMC |
| 18 | | [PROPOSED] ORDER APPOINTING THE HONORABLE CHARLES LEGGE AS MASTER PURSUANT TO THE STIPULATION OF PARTIES |
| 19 | | |
| 20 | Plaintiffs, | |
| 21 | vs. | Date: December 15, 2006 |
| | | Time: 9:00 a.m. |
| 22 | UBS FINANCIAL SERVICES INC., a corporation; UBS PAINE WEBBER, a corporation; and PAINE WEBBER GROUP INC., a corporation, | Location: Room 7 |
| 23 | | Judge: Hon. Maxine M. Chesney |
| 24 | | |
| 25 | Defendants. | |

| Case No. C-06-4068 MMC | [PROPOSED] ORDER APPOINTING THE HON. C. LEGGE AS MASTER PURSUANT TO THE STIPULATION OF PARTIES |
|---|---|

WHEREAS, the plaintiff class by its undersigned counsel, Kevin J. McInerney, Esq., and the defendant UBS Financial Services Inc. by its counsel, M. Kirby C. Wilcox, Esq., have entered into a proposed settlement of this action that has been granted preliminary approval by this Court, and

WHEREAS, the parties advised the Court at the time of the hearing for preliminary approval that they contemplated the assistance of a retired Federal Judge to review issues or questions that arose relative to the allocation among different states of the settlement proceeds, and

WHEREAS, the Court's inquiry into the fairness of the settlement is likely to require considerable expenditure of time and resources because the settlement encompasses issues related not only to federal wage and hour laws, but also to the laws of multiple states and territories; and

WHEREAS, it would be beneficial for the Court to delegate some of its authority to an experienced evaluator, the Honorable Charles A. Legge, to examine the allocation formula in the settlement as well as any challenges to that allocation and issue a finding as to whether it is fair, adequate and reasonable, and

WHEREAS, the Court could then adopt Judge Legge's findings or revisit them at the January 19, 2007 fairness hearing, and

WHEREAS, the parties consent to the appointment of a master pursuant to Rule 53 of the Federal Rules of Civil Procedure, and

WHEREAS, the parties have reserved the days of January 4 and January 5, 2007

| Case No. C-06-4068 MMC | -2- | [PROPOSED] ORDER APPOINTING THE HON. C. LEGGE AS MASTER PURSUANT TO THE STIPULATION OF PARTIES |

for Judge Legge to hear any objections to the allocation of settlement proceeds among the states as discussed above, pursuant to the terms of the Stipulation for Settlement, and

WHEREAS, Judge Legge has not indicated that there is any ground for disqualification under 28 USC § 455 and the parties, in any event, waive any possible disqualification,

IT IS HEREBY ORDERED that retired Judge Charles A. Legge, currently a mediator and arbitrator with JAMS in San Francisco, is appointed as Master to hear and determine whether the allocation formula in the settlement is fair, reasonable and adequate in light of any timely challenges to that allocation. The Master shall proceed with all reasonable diligence. He shall have authority to direct persons to appear before him, administer oaths and take testimony and records and preserve any such testimony or evidence, and render a written report to this Court making appropriate findings prior to this Court's fairness hearing currently set for January 19, 2007 at 9:00 a.m. The Master shall be compensated at the rates that he charges for such services through his employer, JAMS, and Class Counsel shall absorb that compensation, unless the Court directs a different rate of compensation or a different allocation of such compensation under Federal Rule of Civil Procedure 53(h).

IT IS FURTHER ORDERED that the parties shall serve a copy of this order on all class members who have filed timely objections to the proposed settlement as well as on proposed amicus the Attorney General of the State of New York, and the parties shall notify all such persons forthwith, in writing, of the date, time, and location of the hearing before Judge Legge.

DATED: December 7, 2006.

_____
MAXINE M. CHESNEY
United States District Judge

LEGAL_US_W # 55212500.3

| Case No. C-06-4068 MMC | -3- | [PROPOSED] ORDER APPOINTING THE HON. C. LEGGE AS MASTER PURSUANT TO THE STIPULATION OF PARTIES |