# EXHIBIT 4

[DEFENSE COUNSEL LETTERHEAD]

[DATE]

[STATE] Attorney General [NAME]
Office of the [STATE] Attorney General
[ADDRESS]

Re:  Basile, et al. v. A.G. Edwards & Sons, Inc., Case No. 08 cv 0038 JAH (NLS)
     Notice Pursuant to 28 U.S.C. § 1715

Dear [NAME]:

Defendant A.G. Edwards & Sons, Inc. ("AGE") provides this notice pursuant to the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1715. Pursuant to CAFA, you are not required to comment on the settlement.

The parties filed a Joint Stipulation and Settlement Agreement with the Court on [**DATE**]. The Court has not yet scheduled a hearing for final approval of the settlement. In accordance with CAFA, AGE encloses copies of the following:

(1)  The Consolidated Complaint in the above-referenced action;

(2)  The proposed forms of notification to class members of the proposed class and collective action settlement in the above-referenced action, including the Notice To Class Members Regarding Pendency of a Class and Collective Action and Notice of Hearing On Proposed Settlement, and the attachments thereto, which include the Consent to Join Settlement Form, the Settlement Claim Certification Form and the Election To Opt-Out of Settlement and Class Action Form, and the Summary Notice of Class Action Settlement;

(3)  The Joint Stipulation and Settlement Agreement in the above-referenced action;

(4)  The [Proposed] Order Granting Preliminary Approval of Class and Collective Action Settlement;

(5)  The Stipulation and [Proposed] Order Appointing The Honorable Charles A. Legge (Ret.) as Special Master; and

(6)  A list of class members identified from AGE's available records as of November 30, 2007 as residing in your state.[1]

Under the terms of the proposed Settlement Agreement, the formula for allocation of the Net Settlement Amount has not yet been determined, but will only be determined following

---

[1]  Because the complete list of class members will not be determined until a point in the future, there may be additional individuals residing in your state who become class members.

**EXHIBIT 4**

103

[NAME]
[DATE]
Page 2

Court approval of a formula to be developed by the parties and then reviewed and recommended to the Court by a Court-appointed Special Master. *See* Joint Stipulation and Settlement Agreement §§ 2.3.1, 2.5.1. Therefore, it is not feasible to reliably estimate the proportionate share of the claims of the class members who reside in your state. It is anticipated that one significant element, but by no means the only significant element, of that formula will be the number of months each class member worked in a Covered Position during the applicable statute of limitations period(s) for the state(s) in which the class member worked ("Compensable Months"). It is estimated that the number of Compensable Months for the class members listed in the enclosed as residing in your state as of December 31, 2007 is [**INSERT NUMBER**], and the total number of Compensable Months as of December 31, 2007 for all class members who worked in any state during the applicable limitations periods is [**INSERT NUMBER**].

If you have questions about this notice, the lawsuit or the enclosed materials, or if you did not receive any of the above-listed materials, please contact the Defense counsel and Plaintiffs' counsel listed on the attached page.

Sincerely,


[DEFENSE COUNSEL]


Enclosures

**EXHIBIT 4**

[NAME]
[DATE]
Page 3

| Counsel For Plaintiffs: | Counsel For Defendant: |
|---|---|
| Jeffrey G. Smith<br>Robert Abrams<br>Wolf Haldenstein Adler Freemen & Herz LLP<br>270 Madison Avenue<br>New York, NY 10016<br>Telephone: (212) 545-4600<br>Fax: (212) 545-4653 | Andrew J. Schaffran<br>Morgan Lewis & Bockius LLP<br>101 Park Avenue<br>New York, NY 10178<br>Telephone: (212) 309-6380<br>Fax: (212) 309-6001 |
| Mark Thierman<br>Thierman Law Firm, P.C.<br>7287 Lakeside Drive, Suite 101<br>Reno, NV 89511<br>Telephone: (775) 284-1500<br>Fax: (775) 703-5027 | Daryl S. Landy<br>Morgan Lewis & Bockius LLP<br>2 Palo Alto Square<br>3000 El Camino Real<br>Palo Alto, CA 94306<br>Telephone: (650) 843-7561<br>Fax: (650) 843-4001 |
| H. Tim Hoffman<br>Hoffman & Lazear<br>180 Grand Avenue, Suite 12660<br>Oakland, CA 94612<br>Telephone: (510) 763-5700 | |
| Gary F. Lynch<br>Carlson Lynch LTD<br>36 N. Jefferson Street<br>Post Office Box 7635<br>New Castle, PA 16107<br>Telephone: (724) 656-1555<br>Fax: (724) 656-1556 | |
| Gerald D. Wells<br>Schiffrin Barroway Topaz & Kessler, LLP<br>280 King of Prussia Road<br>Radnor, PA 19807<br>Telephone: (610) 667-7706<br>Fax: (610) 667-7056 | |

AGE:15825

**EXHIBIT 4**