# EXHIBIT 5

[CLAIMS ADMINISTRATOR LETTERHEAD]

[DATE]

[CLASS MEMBER NAME AND ADDRESS]

Re:     [**CASE NAME**] _____
        [**CASE NO.**] _____

Dear [NAME]:

It appears that you have submitted inconsistent documentation with respect to whether you intend to participate in the above-referenced class and collective action settlement. Specifically, you have submitted an Election To Opt Out Of Settlement And Class Action form and you have also submitted a Settlement Claim Certification Form and/or a Consent To Join Settlement Form.

Please complete the information below to indicate whether it is your intention to participate in the settlement, and return this form by [**INSERT DATE**] to

        AGE Claims Administrator
        c/o _____
            _____
            _____

If this Form is not completed and returned to us so that it is received by us no later than [**INSERT DATE**], you will be deemed to have elected to opt out of participating in the settlement.

I.      PERSONAL INFORMATION

Name (first, middle and last):_____

Home Street Address: _____

City, State, Zip Code: _____

Home Telephone Number: (____) _____

Social Security Number: _____

**EXHIBIT 5**

II.    PLEASE CHOOSE ONE (AND ONLY ONE) OF THE FOLLOWING OPTIONS:

_____    I elect to opt out of participating in the settlement. I understand this means that I will not receive any money or other benefits under the Settlement.

_____    I elect to participate in the settlement. I understand that this means I am releasing all claims I have against A.G. Edwards & Sons, Inc. and AGE Releasees (as defined in the Notice To Class Members Regarding Pendency Of A Class And Collective Action And Notice Of Hearing On Proposed Settlement ("Class Notice")) which are set forth and described in the Class Notice that I previously received and read.

**Please note: if you elect to participate in the settlement, you must ensure that you have properly submitted both: (a) a timely Settlement Claim Certification Form and (b) a timely Consent To Join Settlement Form in accordance with the instructions contained in Section E of the Class Notice which you previously have received.**

III.    CERTIFICATION

I hereby certify that the foregoing statements made by me are true and accurate, and that I have read and understand the Class Notice.

IV.    PLEASE SIGN BELOW.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: _____        _____
                                                             (Signature)


                                                             _____
                                                             (Print Name)


AGE:15826

2

108