# EXHIBIT 6

```
 1  FRANCIS M. GREGOREK (144785)
    RACHELE R. RICKERT (190634)
 2  WOLF HALDENSTEIN ADLER
      FREEMAN & HERZ LLP
 3  Symphony Towers
    750 B Street, Suite 2770
 4  San Diego, CA 92101
    Telephone: 619/239-4599
 5  Facsimile:  619/234-4599

 6  JEFFREY G. SMITH (133113)
    WOLF HALDENSTEIN ADLER
 7    FREEMAN & HERZ LLP
    270 Madison Avenue
 8  New York, NY 10016
    Telephone: 212/545-4600
 9  Facsimile:  212/545/4653

10  Attorneys for Plaintiffs

11  [Additional Counsel Appear on Signature Page]
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL J. BASILE, ALLAN B. ROSENTHAL, PHILIP J. RICHMAN, JAMES D. NELSON, DAVID STABILE, MARK STEEN and TERRY TOBIN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>A.G. EDWARDS & SONS, INC.<br><br>Defendant. | CASE NO. 08 CV 0338 JAH (NLS)<br><br>CLASS ACTION<br><br>**STIPULATION AND [PROPOSED] ORDER APPOINTING SPECIAL MASTER**<br><br>DATE:  May 12, 2008<br>TIME:  2:30 p.m.<br>CRTRM:  11<br>JUDGE:  Hon. John A. Houston |

**EXHIBIT 6**

1  Plaintiffs Carl J. Basile, Allan B. Rosenthal, David Stabile, Philip Richman, James D. Nelson, Mark Steen and Terry Tobin (the "Settling Plaintiffs") and defendant A.G. Edwards & Sons, Inc. ("AGE") hereby stipulate as follows:

WHEREAS, the Settling Plaintiffs and AGE have entered into a proposed classwide settlement, which is memorialized in the Joint Stipulation and Settlement Agreement ("Stipulation" or "Settlement") filed with the Court;

WHEREAS, the Stipulation provides for the payment of up to $12 million (plus interest) in full and final settlement of the above-captioned action;

WHEREAS, there are approximately 50 separate jurisdictions covered by the Settlement, and some of these jurisdictions have laws that are more favourable to employees than other jurisdictions;

WHEREAS, the parties believe that it would be in the best interests of the class to have a judicial officer conduct an independent review of the fairness of the allocation of the Settlement proceeds available for distribution to class members as provided in the Stipulation (the "Net Settlement Amount") among those class members who timely and properly elect to participate in the Settlement, as provided in the Stipulation ("Participating Claimants") before the class notice is mailed;

WHEREAS, because of the sheer number of statutes, regulations, and reported cases that are involved, it may be difficult to for a District Judge or Magistrate Judge to review the fairness of the allocation of the Net Settlement Amount effectively and timely (Fed. R. Civ. P. 53(a)(1)(C));

WHEREAS, in any event, the parties consent to appointment of a Special Master to review and make an independent recommendation regarding the allocation of the Net Settlement Amount among the Participating Claimants (Fed. R. Civ. P. 53(a)(1)(A));

WHEREAS, the parties believe that the Hon. Charles A. Legge (Ret.) is well-suited to serve as Special Master;

WHEREAS, the parties have requested that Judge Legge file, on or before _____, 2008, an affidavit disclosing any ground for disqualification under 28 U.S.C. § 455;

08 CV 0338 JAH (NLS)

- 1 -

**EXHIBIT 6**

111

WHEREAS, the parties are unaware of any relationship of the parties, counsel, action, or court that would require disqualification of Judge Legge under 28 U.S.C. § 455, and in any event, the parties consent to his appointment regardless of any ground for disqualification;

NOW THEREFORE, subject to the Court's approval of this stipulation, the parties hereby agree as follows:

1. The parties respectfully request that the Court appoint the Hon. Charles A. Legge (Ret.) as Special Master for the following purposes:

   A. To review and make an independent determination concerning the fairness of the allocation of the Net Settlement Amount among the Participating Claimants in light of the applicable law in the jurisdictions covered by the Settlement and any other factors deemed appropriate by the Special Master, and to make a written recommendation to the Court regarding the allocation of the Net Settlement Amount among the Participating Claimants prior to the mailing of the class notice (provided, however, that the Special Master's recommendation shall in no way vary or contradict the terms of the Stipulation); and

   B. After the class notice is mailed, to review and/or hear any objections with respect to the allocation of the Net Settlement Amount and to make a written recommendation to the Court regarding those objections in advance of the final approval hearing.

2. The Special Master's factual findings will be reviewed for clear error. The Special Master's legal conclusions will be reviewed de novo. The Special Master's rulings on procedural matters may be set aside only for an abuse of discretion.

3. The Special Master's fees and costs shall be paid from the Maximum Settlement Amount as provided in the Stipulation; except that, if the Settlement is not finally approved, the Special Master's fees and costs shall be paid by the parties as provided in the Stipulation.

IT IS SO STIPULATED.

08 CV 0338 JAH (NLS)

- 2 -
**EXHIBIT 6**

Attorneys for Plaintiffs and the Class:

Dated: March 7, 2008

        /s/ Jeffrey G. Smith
Jeffrey G. Smith
Robert Abrams
Wolf Haldenstein Adler Freemen & Herz LLP
270 Madison Avenue
New York, New York 10016
(212) 545-4600

Mark Thierman
Thierman Law Firm P.C.
7287 Lakeside Drive, Suite 101
Reno, NV 89511
(775) 284-1500

H. Tim Hoffman
Hoffman & Lazear
180 Grand Avenue, Suite 1550
Oakland, CA 94612
(510) 763-5700

Gary F. Lynch
Carlson Lynch LTD
36 N. Jefferson Street
Post Office Box 7635
New Castle, PA 16107
(724) 656-1555

Gerald D. Wells
Schiffrin Barroway Topaz & Kessler LLP
280 King of Prussia Road
Radnor, PA 19807
(610) 667-7706

Attorneys for Defendant A.G. Edwards & Sons, Inc.:

Dated: March 7, 2008

        /s/ Daryl S. Landy
Daryl S. Landy
Morgan Lewis & Bockius LLP
2 Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306
Telephone: (650) 843-7561
Facsimile: (650) 843-4001

Andrew J. Schaffran
Morgan Lewis & Bockius LLP
101 Park Avenue
New York, New York 10178
(212) 309-6380

08 CV 0338 JAH (NLS)

- 3 -

**EXHIBIT 6**

## ORDER

Pursuant to Fed. R. Civ. P. 53(b), the Court finds and orders as follows:

1. All parties have had notice and an opportunity to be heard concerning the appointment of a Special Master.

2. The Court hereby appoints the Hon. Charles A. Legge (Ret.) as Special Master for the following purposes:

   A. To review and make an independent determination concerning the fairness of the allocation of the Net Settlement Amount among the Participating Claimants (as those terms are defined in the Stipulation) in light of the applicable law in the jurisdictions covered by the Settlement and any other factors deemed appropriate by the Special Master, and to make a written recommendation to the Court regarding the allocation of the Net Settlement Amount prior to the mailing of the class notice (provided, however, that the Special Master's recommendation shall in no way vary or contradict the terms of the Stipulation); and

   B. After the class notice is mailed, to review and/or hear any objections with respect to the allocation of the Net Settlement Amount and to make a written recommendation to the Court regarding those objections in advance of the final approval hearing.

3. The Special Master shall not communicate ex parte with the Court or a party.

4. The Special Master shall preserve all pleadings and other documents submitted to him and shall record (via court reporter) all proceedings before him.

5. The Special Master shall issue the recommendations referred to in paragraphs 2A and 2B above as soon as practicable. The Special Master's factual findings will be reviewed for clear error. The Special Master's legal conclusions will be reviewed de novo. The Special Master's rulings on procedural matters may be set aside only for an abuse of discretion.

6. The Special Master's fees and costs shall be paid from the Maximum Settlement Amount as provided in the Stipulation; except that, if the Settlement is not finally approved, the Special Master's fees and costs shall be paid by the parties as provided in the Stipulation.

08 CV 0338 JAH (NLS)

- 4 -

## EXHIBIT 6

- 5 -

7. The Special Master shall proceed with all reasonable diligence.

IT IS SO ORDERED.

Dated: _____

Honorable John A. Houston
UNITED STATES DISTRICT COURT JUDGE

AGE:15827

08 CV 0338 JAH (NLS)

**EXHIBIT 6**