```
FRANCIS M. GREGOREK (144785)
RACHELE R. RICKERT (190634)
WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLP
Symphony Towers
750 B Street, Suite 2770
San Diego, CA 92101
Telephone: 619/239-4599
Facsimile:  619/234-4599

JEFFREY G. SMITH (133113)
WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLP
270 Madison Avenue
New York, NY 10016
Telephone: 212/545-4600
Facsimile:  212/545/4653

Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL J. BASILE, ALLAN B. ROSENTHAL, PHILIP J. RICHMAN, JAMES D. NELSON, DAVID STABILE, MARK STEEN and TERRY TOBIN, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br>  v.<br><br>A.G. EDWARDS & SONS, INC.<br><br>        Defendant. | CASE NO. 08 CV 0338 JAH (NLS)<br><br>CLASS ACTION<br><br>**DECLARATION OF SERVICE**<br><br><br>DATE:   May 12, 2008<br>TIME:   2:30 p.m.<br>CRTRM: 11<br>JUDGE: Hon. John A Houston |

I, Maureen Longdo, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, a citizen of the United States and a resident of the County of San Diego, over the age of 18 years, and not a party to or interested in the within action; that declarant's business address is 750 B Street, Suite 2770, San Diego, California. 92101.

2. That on March 7, 2008, declarant served the following documents via electronic mail to the parties listed on the attached Service List:

**JOINT STIPULATION AND SETTLEMENT AGREEMENT;**

**NOTICE OF MOTION AND JOINT MOTION FOR PRELIMINARY APPROVAL OF CLASS AND COLLECTIVE ACTION SETTLEMENT;** and

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF JOINT MOTION FOR PRELIMINARY APPROVAL OF CLASS AND COLLECTIVE ACTION SETTLEMENT**

3. That there is regular communication between the parties.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 7th day of March, at San Diego, California.

_____
MAUREEN LONGDO

AGE:15849

08 CV 0338 JAH (NLS)

- 1 -

A.G. EDWARDS & SONS, INC.
Service List – February 22, 2008
Page 1

COUNSEL FOR PLAINTIFFS

Francis M. Gregorek
Rachele R. Rickert
WOLF HALDENSTEIN ADLER
 FREEMAN & HERZ LLP
750 B Street, Suite 2770
San Diego, CA 92101
    619/239-4599
    619/234-4599 (fax)

Jeffrey G. Smith
Robert Abrams
WOLF HALDENSTEIN ADLER
 FREEMAN & HERZ LLP
270 Madison Avenue
New York, NY 10016
    212/545-4600
    212/545/4653 (fax)
smith@whafh.com
abrams@whafh.com

Attorneys for Plaintiffs CARL J. BASILE and ALLAN B. ROSENTHAL

H. Tim Hoffman
HOFFMAN & LAZEAR
180 Grand Avenue, Suite 1550
Oakland, CA 94612
    510/763-5700
hth@hoffmanandlazear.com

Attorney for Plaintiff
PHILIP J. RICHMAN

Mark Thierman
THIERMAN LAW FIRM P.C.
7287 Lakeside Drive, Suite 101
Reno, NV 89511
    775/284-1500
laborlawyer@pacbell.net

Attorneys for Plaintiff
JAMES D. NELSON

Gary F. Lynch
CARLSON LYNCH LTD
36 N. Jefferson Street
Post Office Box 7635
New Castle, PA 16107
    724/656-1555

glynch@carlsonlynch.com

Attorneys for Plaintiffs TERRY TOBIN and MARK STEEN

Gerald D. Wells
SCHIFFRIN BARROWAY TOPAZ
 & KESSLER, LLP
280 King of Prussia Road
Radnor, PA 19807
    610/667-7706
gwells@sbtklaw.com

Attorneys for Plaintiff DAVID STABILE

COUNSEL FOR DEFENDANTS

Andrew J. Schaffran
MORGAN LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY 10178
    212/309-6380
aschaffran@morganlewis.com

Daryl S. Landy
MORGAN LEWIS & BOCKIUS LLP
2 Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306
    650/843-7561
    650/843-4001 (Fax)
dlandy@morganlewis.com

Attorneys for Defendant
A.G. EDWARDS & SONS, INC

15814