```
 1  FRANCIS M. GREGOREK (144785)
    RACHELE R. RICKERT (190634)
 2  WOLF HALDENSTEIN ADLER
      FREEMAN & HERZ LLP
 3  Symphony Towers
    750 B Street, Suite 2770
 4  San Diego, CA 92101C
    Telephone: 619/239-4599
 5  Facsimile:  619/234-4599

 6  JEFFREY G. SMITH (133113)
    WOLF HALDENSTEIN ADLER
 7    FREEMAN & HERZ LLP
    270 Madison Avenue
 8  New York, NY 10016
    Telephone: 212/545-4600
 9  Facsimile:  212/545/4653

10  Attorneys for Plaintiffs

11  [Additional Counsel Appear on Signature Page]
```

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL J. BASILE, ALLAN B. ROSENTHAL, PHILIP J. RICHMAN, JAMES D. NELSON, DAVID STABILE, MARK STEEN and TERRY TOBIN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>A.G. EDWARDS & SONS, INC.<br><br>Defendant. | CASE NO. 08 CV 0338 JAH (NLS)<br><br>CLASS ACTION<br><br>**NOTICE OF RELATED ACTIONS** |

1 TO: THE COURT AND ALL PARTIES OF RECORD:

2   Pursuant to Local Rule 40.1(e), plaintiffs hereby give notice of the following related
3 actions pending in various United States District Courts:

| Case Name | Case No. | Filing Date |
|---|---|---|
| *Basile v. A.G. Edwards & Sons, Inc.* (S.D. N.Y.) | 1:06-CV-00833 | 07/06/06 |
| *Rosenthal v. A.G. Edwards & Sons, Inc.* (D. N.J.) | 3:06-CV-03995 | 08/23/06 |
| *Stabile v. A.G. Edwards & Sons, Inc.* (W.D. Pa.) | 2:06-CV-01360 | 09/07/06 |
| *Richman v. A.G. Edwards & Sons, Inc.* (D. Or.) | 3:06-CV-1453 | 10/13/06 |
| *Steen v. A.G. Edwards & Sons, Inc.* (W.D. Pa.) | 2:07-CV-0147 | 02/06/07 |
| *Tobin v. A.G. Edwards & Sons, Inc.* (S.D. Oh.) | 2:07-CV-0489 | 05/29/07 |

  The above-listed actions arise from the same or substantially identical transactions, happenings or events, and call for determination of the same or substantially identical questions of law and fact. This action and the above-listed actions are all alleged as class actions and assert claims for alleged violations of the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.*, against A.G. Edwards & Sons, Inc. ("Defendant") for, among other things, alleged failure to pay overtime wages to its Financial Consultants.

  This action was commenced by the plaintiffs in each of the above-listed related actions, Carl J. Basile, Allan B. Rosenthal, David Stabile, Philip Richman, James D. Nelson, Mark Steen and Terry Tobin ("Plaintiffs"), pursuant to stipulation between Plaintiffs and Defendant, in order to consolidate the above-listed actions.

DATED: March 7, 2008

WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLP
FRANCIS M. GREGOREK
RACHELE R. RICKERT


           /s/ Rachele R. Rickert
           RACHELE R. RICKERT

750 B Street, Suite 2770
San Diego, CA 92101
Telephone: 619/239-4599
Facsimile:  619/234-4599

08 CV 0338 JAH (NLS)

- 1 -

|   |   |
|---|---|
| 1 | |
| 2 | WOLF HALDENSTEIN ADLER |
|   | FREEMAN & HERZ LLP |
| 3 | JEFFREY G. SMITH |
|   | ROBERT ABRAMS |
| 4 | 270 Madison Avenue |
|   | New York, NY 10016 |
|   | Telephone: 212/545-4600 |
|   | Facsimile: 212/545/4653 |

```
                    WOLF HALDENSTEIN ADLER
                      FREEMAN & HERZ LLP
                    JEFFREY G. SMITH
                    ROBERT ABRAMS
                    270 Madison Avenue
                    New York, NY 10016
                    Telephone: 212/545-4600
                    Facsimile:  212/545/4653

                    HOFFMAN & LAZEAR
                    H. TIM HOFFMAN
                    180 Grand Avenue, Suite 1550
                    Oakland, CA 94612
                    Telephone: 510/763-5700

                    THIERMAN LAW FIRM P.C.
                    MARK THIERMAN
                    7287 Lakeside Drive, Suite 101
                    Reno, NV 89511
                    Telephone: 775/284-1500

                    CARLSON LYNCH LTD
                    GARY F. LYNCH
                    36 N. Jefferson Street
                    Post Office Box 7635
                    New Castle, PA 16107
                    Telephone: 724/656-1555

                    SCHIFFRIN BARROWAY TOPAZ
                      & KESSLER, LLP
                    GERALD D. WELLS
                    280 King of Prussia Road
                    Radnor, PA 19807
                    Telephone: 610/667-7706

                    Attorneys for Plaintiffs
```

Line numbers: 1–28

AGE:15832.NOT

DECLARATION OF SERVICE

I, Maureen Longdo, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, a citizen of the United States and a resident of the County of San Diego, over the age of 18 years, and not a party to or interested in the within action; that declarant's business address is 750 B Street, Suite 2770, San Diego, California. 92101.

2. That on March 7, 2008, declarant served the following document via electronic mail to the parties listed on the attached Service List:

**NOTICE OF RELATED ACTIONS**

3. That there is regular communication between the parties.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 7th day of March, at San Diego, California.

_____
MAUREEN LONGDO

A.G. EDWARDS & SONS, INC.
Service List – February 22, 2008
Page 1

COUNSEL FOR PLAINTIFFS

Francis M. Gregorek
Rachele R. Rickert
WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLP
750 B Street, Suite 2770
San Diego, CA 92101
 619/239-4599
 619/234-4599 (fax)

Jeffrey G. Smith
Robert Abrams
WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLP
270 Madison Avenue
New York, NY 10016
 212/545-4600
 212/545/4653 (fax)
smith@whafh.com
abrams@whafh.com

Attorneys for Plaintiffs CARL J.
BASILE and ALLAN B. ROSENTHAL

H. Tim Hoffman
HOFFMAN & LAZEAR
180 Grand Avenue, Suite 1550
Oakland, CA 94612
 510/763-5700
hth@hoffmanandlazear.com

Attorney for Plaintiff
PHILIP J. RICHMAN

Mark Thierman
THIERMAN LAW FIRM P.C.
7287 Lakeside Drive, Suite 101
Reno, NV 89511
 775/284-1500
laborlawyer@pacbell.net

Attorneys for Plaintiff
JAMES D. NELSON

Gary F. Lynch
CARLSON LYNCH LTD
36 N. Jefferson Street
Post Office Box 7635
New Castle, PA 16107
 724/656-1555
glynch@carlsonlynch.com

Attorneys for Plaintiffs TERRY TOBIN
and MARK STEEN

Gerald D. Wells
SCHIFFRIN BARROWAY TOPAZ
  & KESSLER, LLP
280 King of Prussia Road
Radnor, PA 19807
 610/667-7706
gwells@sbtklaw.com

Attorneys for Plaintiff DAVID
STABILE

COUNSEL FOR DEFENDANTS

Andrew J. Schaffran
MORGAN LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY 10178
 212/309-6380
aschaffran@morganlewis.com

Daryl S. Landy
MORGAN LEWIS & BOCKIUS LLP
2 Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306
 650/843-7561
 650/843-4001 (Fax)
dlandy@morganlewis.com

Attorneys for Defendant
A.G. EDWARDS & SONS, INC

15814