MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
MARCH 11, 2008

| Basile, et al. | vs | A.G. Edwards & Sons, Inc. | No. | 08cv338-JAH(NLS) |
|---|---|---|---|---|
| Hon. Nita L. Stormes | | Deputy Clerk | George Perrault | |

**IT IS HEREBY ORDERED** that Nita L. Stormes **RECUSES** from the above entitled case and orders that the case be reassigned to another judge.

Assigned to: _Judge Ruben B. Brooks_

New Case #: _08cv338 JAH (RBB)_