|   |   |   |
|---|---|---|
| 1 |   |   |
| 2 |   |   |
| 3 |   |   |
| 4 |   |   |
| 5 |   |   |
| 6 |   |   |
| 7 |   |   |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| CARL J. BASILE, ALLAN B. ROSENTHAL, PHILIP J. RICHMAN, JAMES D. NELSON, DAVID STABILE, MARK STEEN and TERRY TOBIN, on behalf of themselves and all others similarly situated, | ) ) ) ) ) ) ) | Civil No.08cv0338 JAH (RBB) **ORDER FOR SUPPLEMENTAL BRIEFING AND RESCHEDULING HEARING DATE ON THE JOINT MOTION FOR PRELIMINARY APPROVAL OF CLASS AND COLLECTIVE ACTION SETTLEMENT** |
|---|---|---|
| Plaintiffs, | ) |  |
| v. | ) |  |
| A.G. EDWARDS & SONS, INC., | ) ) |  |
| Defendant. | ) ) |  |

Pending before the Court is the parties' joint motion for approval of class and collective action settlement. Because the class has not yet been certified this Court must assess the propriety of class certification as well as determining the fairness of the settlement in this action. See Staton v. Boeing Co., 327 F.3d 930 (9th Cir. 2003). As such, the Court must provide "undiluted, even heightened, attention to class certification requirements." Hanlon v. Chrysler Corp., 150 F.3d 1011, 1019 (9th Cir. 1998).

Upon review of the parties' submissions, the Court finds the parties fail to set forth any argument or authority demonstrating that certification of the proposed class is proper. The Court, therefore, finds it appropriate to direct the parties to supplement their motion to demonstrate the proposed class meets the criteria of Federal Rule of Civil Procedure 23 or set forth argument or authority demonstrating certification is otherwise proper.

Accordingly, IT IS HEREBY ORDERED:

1. The parties shall file a supplemental brief addressing the propriety of class certification **on or before May 23, 2008**.
2. The hearing on the joint motion for preliminary approval of class and collective action settlement set for May 12, 2008 is **VACATED** and rescheduled to **June 2, 2008 at 2:30 p.m.**

DATED: May 9, 2008

JOHN A. HOUSTON
United States District Judge