MORGAN, LEWIS & BOCKIUS LLP
DARYL S. LANDY
2 Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306
Telephone: 650/843-7561
Facsimile: 650/843-4001

MORGAN, LEWIS & BOCKIUS LLP
ANDREW J. SCHAFFRAN
101 Park Avenue
New York, NY 10178
Telephone: 212/309-6380
Facsimile: 212/309-6001

Attorneys For Defendant

[Additional Counsel Appear on Signature Page]

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL J. BASILE, ALLAN B. ROSENTHAL, PHILIP J. RICHMAN, JAMES D. NELSON, DAVID STABILE, MARK STEEN and TERRY TOBIN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>A.G. EDWARDS & SONS, INC.<br><br>Defendant. | Case No. 08 CV 0338 JAH (RBB)<br><br>**STIPULATION AND [PROPOSED] ORDER TO RESET HEARING DATE FOR JOINT MOTION FOR PRELIMINARY APPROVAL OF CLASS AND COLLECTIVE ACTION SETTLEMENT** |

////

////

////

////

///

1-SF/7704601.1                                                08 CV 0338 JAH (RBB)

STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING DATE ON JOINT MOTION

# STIPULATION

WHEREAS, on March 7, 2008, Plaintiffs and Defendant filed a Joint Motion for Preliminary Approval of Class and Collective Action Settlement, which motion was noticed for a hearing on May 12, 2008 at 2:30 p.m.

WHEREAS, on May 9, 2008, the Court *sua sponte* continued the hearing date on said motion to June 2, 2008 at 2:30 p.m.;

WHEREAS, neither of the lead counsel for Defendant A.G. Edwards & Sons, Inc. will be available on that date;

THEREFORE, Plaintiffs and Defendant, through their counsel of record, hereby STIPULATE to continue the hearing on the Joint Motion for Preliminary Approval of Class and Collective Action Settlement, currently set for June 2, 2008, to June 9, 2008 at 2:30 p.m.

IT IS SO STIPULATED.

DATED: May 20, 2008

WOLF HALDENSTEIN ADLER
 FREEMAN & HERZ LLP
JEFFREY G. SMITH
ROBERT ABRAMS

    /s/ Jeffrey G. Smith (with permission)
JEFFREY G. SMITH

270 Madison Avenue
New York, NY 10016
Telephone: 212/545-4600
Facsimile: 212/545/4653

WOLF HALDENSTEIN ADLER
 FREEMAN & HERZ LLP
FRANCIS M. GREGOREK
RACHELE R. RICKERT
750 B Street, Suite 2770
San Diego, CA 92101
Telephone: 619/239-4599
Facsimile: 619/234-4599

HOFFMAN & LAZEAR
H. TIM HOFFMAN
180 Grand Avenue, Suite 1550
Oakland, CA 94612
Telephone: 510/763-5700

THIERMAN LAW FIRM P.C.
MARK THIERMAN
7287 Lakeside Drive, Suite 101

| | |
|---|---|
| 1 | Reno, NV 89511<br>Telephone: 775/284-1500 |
| 2 | |
| 3 | CARLSON LYNCH LTD<br>GARY F. LYNCH |
| | 36 N. Jefferson Street |
| 4 | Post Office Box 7635<br>New Castle, PA 16107 |
| 5 | Telephone: 724/656-1555 |
| | SCHIFFRIN BARROWAY TOPAZ |
| 6 | & KESSLER, LLP<br>GERALD D. WELLS |
| 7 | 280 King of Prussia Road<br>Radnor, PA 19807 |
| 8 | Telephone: 610/667-7706 |
| 9 | Attorneys for Plaintiffs CARL J. BASILE, *et al.* |
| 10 | DATED: May 20, 2008    MORGAN LEWIS & BOCKIUS LLP<br>DARYL S. LANDY |
| 11 | |
| 12 | /s/ Daryl S. Landy<br>DARYL S. LANDY |
| 13 | |
| 14 | 2 Palo Alto Square<br>3000 El Camino Real |
| 15 | Palo Alto, CA 94306<br>Telephone: 650/843-7561 |
| 16 | Facsimile: 650/843-4001 |
| 17 | MORGAN LEWIS & BOCKIUS LLP<br>ANDREW J. SCHAFFRAN |
| 18 | 101 Park Avenue<br>New York, NY 10178 |
| 19 | Telephone: 212/309-6380 |
| 20 | Facsimile: 212/309-6001 |
| 21 | Attorneys For Defendant A.G. EDWARDS & SONS |
| 22 | **ORDER** |
| 23 | PURSUANT TO STIPULATION AND GOOD CAUSE APPEARING, IT IS SO |
| 24 | ORDERED. |
| 25 | |
| 26 | Dated: _____, 2008        _____<br>Hon. John A. Houston |
| 27 | U.S. District Court Judge |
| 28 | |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7704601.1                                      3                         08 CV 0338 JAH (RBB))

STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING DATE ON JOINT MOTION