MORGAN, LEWIS & BOCKIUS LLP
DARYL S. LANDY
2 Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306
Telephone: 650/843-7561
Facsimile: 650/843-4001

MORGAN, LEWIS & BOCKIUS LLP
ANDREW J. SCHAFFRAN
101 Park Avenue
New York, NY 10178
Telephone: 212/309-6380
Facsimile: 212/309-6001

Attorneys For Defendant

[Additional Counsel Appear on Signature Page]

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL J. BASILE, ALLAN B. ROSENTHAL, PHILIP J. RICHMAN, JAMES D. NELSON, DAVID STABILE, MARK STEEN and TERRY TOBIN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br>A.G. EDWARDS & SONS, INC.<br>Defendant. | Case No. 08 CV 0338 JAH (RBB)<br><br>**JOINT MOTION TO EXTEND DUE DATE FOR SUPPLEMENTAL BRIEFING IN SUPPORT OF JOINT MOTION FOR PRELIMINARY APPROVAL OF CLASS AND COLLECTIVE ACTION SETTLEMENT** |

////
////
////
////
///

## JOINT MOTION

WHEREAS, on March 7, 2008, Plaintiffs and Defendant filed a Joint Motion for Preliminary Approval of Class and Collective Action Settlement, which motion was noticed for a hearing on May 12, 2008 at 2:30 p.m.

WHEREAS, on May 9, 2008, the Court *sua sponte* continued the hearing date on said motion to June 2, 2008 at 2:30 p.m.;

WHEREAS, the Court further ordered the parties to submit supplemental briefing by May 23, 2008, in support of the motion to demonstrate that the proposed class meets the criteria of Federal Rule of Civil Procedure 23 or that certification is otherwise proper;

WHEREAS, in light of the parties pending stipulation to further continue the hearing from June 2nd to June 9th and to allow the parties additional time to meet and confer over the supplemental briefing, the parties believe good cause exists to extend the due date for supplemental briefing;

THEREFORE, Plaintiffs and Defendant, through their counsel of record, hereby STIPULATE to extend the due date for the supplemental briefing in support of the Joint Motion for Preliminary Approval of Class and Collective Action Settlement from May 23, 2008 to May 30, 2008.

IT IS SO STIPULATED.

DATED: May 21, 2008

WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLP
JEFFREY G. SMITH
ROBERT ABRAMS

/s/ Robert Abrams (with permission)
Robert Abrams

270 Madison Avenue
New York, NY 10016
Telephone: 212/545-4600
Facsimile: 212/545/4653

WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLP
FRANCIS M. GREGOREK
RACHELE R. RICKERT
750 B Street, Suite 2770
San Diego, CA 92101

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7706222.1

2

08 CV 0338 JAH (RBB))

JOINT MOTION TO EXTEND BRIEFING DUE DATE

Telephone: 619/239-4599  
Facsimile:  619/234-4599

HOFFMAN & LAZEAR  
H. TIM HOFFMAN  
180 Grand Avenue, Suite 1550  
Oakland, CA 94612  
Telephone: 510/763-5700

THIERMAN LAW FIRM P.C.  
MARK THIERMAN  
7287 Lakeside Drive, Suite 101  
Reno, NV 89511  
Telephone: 775/284-1500

CARLSON LYNCH LTD  
GARY F. LYNCH  
36 N. Jefferson Street  
Post Office Box 7635  
New Castle, PA 16107  
Telephone: 724/656-1555  
SCHIFFRIN BARROWAY TOPAZ  
 & KESSLER, LLP  
GERALD D. WELLS  
280 King of Prussia Road  
Radnor, PA 19807  
Telephone: 610/667-7706

Attorneys for Plaintiffs CARL J. BASILE, *et al.*

DATED: May 21, 2008

MORGAN LEWIS & BOCKIUS LLP  
DARYL S. LANDY

    /s/ Daryl S. Landy  
DARYL S. LANDY

2 Palo Alto Square  
3000 El Camino Real  
Palo Alto, CA 94306  
Telephone: 650/843-7561  
Facsimile:  650/843-4001

MORGAN LEWIS & BOCKIUS LLP  
ANDREW J. SCHAFFRAN  
101 Park Avenue  
New York, NY 10178  
Telephone: 212/309-6380  
Facsimile:  212/309-6001

Attorneys For Defendant A.G. EDWARDS & SONS

MORGAN, LEWIS &  
BOCKIUS LLP  
ATTORNEYS AT LAW  
SAN FRANCISCO

1-SF/7706222.1     3     08 CV 0338 JAH (RBB))  
JOINT MOTION TO EXTEND BRIEFING DUE DATE