# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL J. BASILE, ALLAN B. ROSENTHAL, PHILIP J. RICHMAN, JAMES D. NELSON, DAVID STABILE, MARK STEEN and TERRY TOBIN, on behalf of themselves and all others similarly situated,<br><br>          Plaintiffs,<br>  v.<br><br>A.G. EDWARDS & SONS, INC.<br><br>          Defendant. | Case No. 08 CV 0338 JAH (RBB)<br><br>**ORDER EXTENDED THE DUE DATE FOR SUPPLEMENTAL BRIEFING IN SUPPORT OF JOINT MOTION FOR PRELIMINARY APPROVAL OF CLASS AND COLLECTIVE ACTION SETTLEMENT** |

**ORDER**

Pursuant to the Parties' joint motion, and good cause appearing, it is ordered that the due date for supplemental briefing in support of the Joint Motion for Preliminary Approval of Class and Collective Action Settlement is extended from May 23, 2008 to May 30, 2008.

SO ORDERED.

Dated: May 22, 2008

                                                            Hon. John A. Houston
                                                            U.S. District Court Judge

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7706112.1

08 CV 0338 JAH (RBB)

ORDER CONTINUING DUE DATE ON SUPPLEMENTAL BRIEFING