FRANCIS M. GREGOREK (144785)
RACHELE R. RICKERT (190634)
WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLP
Symphony Towers
750 B Street, Suite 2770
San Diego, CA 92101
Telephone: 619/239-4599
Facsimile:  619/234-4599

JEFFREY G. SMITH (133113)
WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLP
270 Madison Avenue
New York, NY 10016
Telephone: 212/545-4600
Facsimile:  212/545/4653

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL J. BASILE, ALLAN B. ROSENTHAL, PHILIP J. RICHMAN, JAMES D. NELSON, DAVID STABILE, MARK STEEN and TERRY TOBIN, on behalf of themselves and all others similarly situated,<br><br>　　　　　　Plaintiffs,<br>　　v.<br><br>A.G. EDWARDS & SONS, INC.<br><br>　　　　　　Defendant. | CASE NO. 08 CV 0338 JAH-RBB<br><br>CLASS ACTION<br><br>**DECLARATION OF JEFFREY G. SMITH IN SUPPORT OF JOINT MOTION TO CERTIFY SETTLEMENT CLASS**<br><br>DATE:　　June 9, 2008<br>TIME:　　2:30 p.m.<br>CRTRM:　11<br>JUDGE:　Hon. John A Houston |

1.     I, JEFFREY G. SMITH, do certify as follows:

2.     I am a member of the law firm of Wolf Haldenstein Adler Freeman & Herz LLP with offices at 270 Madison Avenue, New York, New York 10016, attorneys for plaintiffs Carl J. Basile, Allan B. Rosenthal, Philip J. Richman, James D. Nelson, David Stabile, Mark Steen and Terry Tobin in this matter. I am fully familiar with the facts and circumstances surrounding this litigation, and I submit this Declaration in support of the Joint Motion to Certify Settlement Class, with supporting papers, scheduled to be submitted to this Court on May 30, 2008.

3.     I am admitted to the bar of this Court. I received my law degree from the Yale Law School in 1978. I was admitted to the bars of the State of New York in 1979 and the State of California in 1988. In addition, I am admitted to the bars of: the United States District Courts for the Southern and Eastern Districts of New York, the Southern and Central Districts of California, and the Districts of Colorado and Nebraska; the United States Court of Appeals for this Circuit as well as the United States Courts of Appeals for the Second, Third, Fourth, Fifth, Sixth, and Eighth Circuits; the United States Tax Court; and the Supreme Court of the United States. I am in good standing at the bars of each of those courts. I have never been the subject of any claim of professional misconduct nor subjected to any professional discipline by any court or governing body.

4.     Attached as Exhibit A is a true and correct copy of the Order (1) Granting The Class Representatives' Motion For Final Approval Of Class Action Settlement; (2) Granting Class Counsel's Motion For Attorney's Fees And Litigation Expenses; and (3) Granting In Part Class Counsel's Motion For Plaintiff Enhancements in *LaVoice v. Smith Barney*, No.: 07-CV-00801 CW (N.D. Cal.).

5.     Attached as Exhibit B is a true and correct copy of the Order Granting Preliminary Approval of Class and Collective Action Settlement in *Steinberg v. Morgan Stanley & Co.*, No. 06 CV 2628 (BEN) (NLS) (S.D. Cal.).

6.     Attached as Exhibit C is a true and correct copy of the Joint Stipulation and Settlement Agreement in *Steinberg v. Morgan Stanley & Co.*, No. 06 CV 2628 (BEN) (NLS)

1  (S.D. Cal.).

2      7.    Attached as Exhibit D is a true and correct copy of the Joint Stipulation of Class Action Settlement and Release in *LaVoice v. Smith Barney*, No.: 07-CV-00801 (CW) (N.D. Cal.).

4      8.    Attached as Exhibit E is a true and correct copy of the Report, Findings and Recommendations of the Special Master Re: Allocation of Settlement in *Steinberg v. Morgan Stanley & Co.*, No. 06 CV 2628 (BEN) (NLS) (S.D. Cal.).

I declare under penalty of perjury that the foregoing is true and accurate.

*[signature]*

_____
Jeffrey G. Smith

Dated: New York, New York
       May 30, 2008

AGE:16082.DECL

**EXHIBITS TO DECLARATION OF JEFFREY G. SMITH IN SUPPORT OF JOINT MOTION TO CERTIFY SETTLEMENT CLASS**

**TABLE OF CONTENTS**

Exhibit A .................................................................................................................4

Exhibit B ...............................................................................................................11

Exhibit C ...............................................................................................................15

Exhibit D ...............................................................................................................57

Exhibit E ...............................................................................................................95