```
1  FRANCIS M. GREGOREK (144785)
   RACHELE R. RICKERT (190634)
2  WOLF HALDENSTEIN ADLER
     FREEMAN & HERZ LLP
3  Symphony Towers
   750 B Street, Suite 2770
4  San Diego, CA 92101
   Telephone: 619/239-4599
5  Facsimile:  619/234-4599

6  JEFFREY G. SMITH (133113)
   WOLF HALDENSTEIN ADLER
7    FREEMAN & HERZ LLP
   270 Madison Avenue
8  New York, NY 10016
   Telephone: 212/545-4600
9  Facsimile:  212/545/4653

10 Attorneys for Plaintiffs
```

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL J. BASILE, ALLAN B. ROSENTHAL, PHILIP J. RICHMAN, JAMES D. NELSON, DAVID STABILE, MARK STEEN and TERRY TOBIN, on behalf of themselves and all others similarly situated,<br><br>          Plaintiffs,<br>     v.<br><br>A.G. EDWARDS & SONS, INC.<br><br>          Defendant. | CASE NO. 08 CV 0338 JAH (NLS)<br><br>CLASS ACTION<br><br>**DECLARATION OF SERVICE**<br><br>DATE:   June 9, 2008<br>TIME:   2:30 p.m.<br>CRTRM:  11<br>JUDGE:  Hon. John A Houston |

I, Maureen Longdo, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, a citizen of the United States and a resident of the County of San Diego, over the age of 18 years, and not a party to or interested in the within action; that declarant's business address is 750 B Street, Suite 2770, San Diego, California. 92101.

2. That on May 30, 2008 declarant served the following document via the CM/ECF System to the parties who are registered participants of the CM/ECF System and via electronic mail to all other parties as notated on the attached Service List:

**PLAINTIFFS' UNOPPOSED SUPPLEMENTAL MEMORANDUM OF LAW REGARDING CLASS CERTIFICATION IN SUPPORT OF JOINT MOTION TO CERTIFY SETTLEMENT CLASS; and**

**DECLARATION OF JEFFREY G. SMITH IN SUPPORT OF JOINT MOTION TO CERTIFY SETTLEMENT CLASS**

3. That there is regular communication between the parties.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 30th day of May, at San Diego, California.

_____
MAUREEN LONGDO

AGE:16083.DECL

08 CV 0338 JAH (NLS)

- 1 -

A.G. EDWARDS & SONS, INC.
Service List – February 22, 2008
Page 1

COUNSEL FOR PLAINTIFFS

Francis M. Gregorek
Rachele R. Rickert
WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLP
750 B Street, Suite 2770
San Diego, CA 92101
     619/239-4599
     619/234-4599 (fax)

\* Jeffrey G. Smith
Robert Abrams
WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLP
270 Madison Avenue
New York, NY 10016
     212/545-4600
     212/545/4653 (fax)
smith@whafh.com
abrams@whafh.com

Attorneys for Plaintiffs CARL J.
BASILE and ALLAN B. ROSENTHAL

\* H. Tim Hoffman
HOFFMAN & LAZEAR
180 Grand Avenue, Suite 1550
Oakland, CA 94612
     510/763-5700
hth@hoffmanandlazear.com

Attorney for Plaintiff
PHILIP J. RICHMAN

\* Mark Thierman
THIERMAN LAW FIRM P.C.
7287 Lakeside Drive, Suite 101
Reno, NV 89511
     775/284-1500
laborlawyer@pacbell.net

Attorneys for Plaintiff
JAMES D. NELSON

\* Gary F. Lynch
CARLSON LYNCH LTD
36 N. Jefferson Street
Post Office Box 7635
New Castle, PA 16107
     724/656-1555
glynch@carlsonlynch.com

Attorneys for Plaintiffs TERRY TOBIN
and MARK STEEN

\* Gerald D. Wells
SCHIFFRIN BARROWAY TOPAZ
  & KESSLER, LLP
280 King of Prussia Road
Radnor, PA 19807
     610/667-7706
gwells@sbtklaw.com

Attorneys for Plaintiff DAVID
STABILE

COUNSEL FOR DEFENDANTS

\*\* Andrew J. Schaffran
MORGAN LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY 10178
     212/309-6380
aschaffran@morganlewis.com

\*\* Daryl S. Landy
MORGAN LEWIS & BOCKIUS LLP
2 Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306
     650/843-7561
     650/843-4001 (Fax)
dlandy@morganlewis.com

Attorneys for Defendant
A.G. EDWARDS & SONS, INC

\*    Served via electronic mail
\*\*   Served via CM/ECF

15814