# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL J. BASILE, ALLAN B. ROSENTHAL, PHILIP J. RICHMAN, JAMES D. NELSON, DAVID STABILE, MARK STEEN and TERRY TOBIN, on behalf of themselves and all others similarly situated,<br><br>　　　　　Plaintiffs,<br>　　v.<br><br>A.G. EDWARDS & SONS, INC.<br><br>　　　　　Defendant. | CASE NO. 08 CV 0338 JAH (NLS)<br><br>CLASS ACTION<br><br>**ORDER APPOINTING SPECIAL MASTER**<br><br>DATE:　　May 12, 2008<br>TIME:　　2:30 p.m.<br>CRTRM:　11<br>JUDGE:　Hon. John A. Houston |

Pursuant to Fed. R. Civ. P. 53(b), the Court finds and orders as follows:

1. All parties have had notice and an opportunity to be heard concerning the appointment of a Special Master.

2. The Court hereby appoints the Hon. Charles A. Legge (Ret.) as Special Master for the following purposes:

   A. To review and make an independent determination concerning the fairness of the allocation of the Net Settlement Amount among the Participating Claimants (as those terms are defined in the Stipulation) in light of the applicable law in the jurisdictions covered by the Settlement and any other factors deemed appropriate by the Special Master, and to make a written recommendation to the Court regarding the allocation of the Net Settlement Amount prior to the mailing of the class notice (provided, however, that the Special Master's recommendation shall in no way vary or contradict the terms of the Stipulation); and

   B. After the class notice is mailed, to review and/or hear any objections with respect to the allocation of the Net Settlement Amount and to make a written recommendation to the Court regarding those objections in advance of the final approval hearing.

3. The Special Master shall not communicate ex parte with the Court or a party.

4. The Special Master shall preserve all pleadings and other documents submitted to him and shall record (via court reporter) all proceedings before him.

5. The Special Master shall issue the recommendations referred to in paragraphs 2A and 2B above as soon as practicable. The Special Master's factual findings will be reviewed for clear error. The Special Master's legal conclusions will be reviewed de novo. The Special Master's rulings on procedural matters may be set aside only for an abuse of discretion.

6. The Special Master's fees and costs shall be paid from the Maximum Settlement Amount as provided in the Stipulation; except that, if the Settlement is not finally approved, the Special Master's fees and costs shall be paid by the parties as provided in the Stipulation.

1     7.     The Special Master shall proceed with all reasonable diligence.

2  IT IS SO ORDERED.

4  Dated: June 9, 2008                          _____

                                         Honorable John A. Houston
                                         UNITED STATES DISTRICT COURT JUDGE

28  AGE:15841.ORD