1
2
3
4
5
6
7

# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL J. BASILE, ALLAN B. ROSENTHAL, DAVID STABILE, PHILIP J. RICHMAN, JAMES D. NELSON, MARK STEEN, and TERRY TOBIN, on behalf of themselves and all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>A.G. EDWARDS & SONS, INC.,<br><br>　　　　　Defendant. | CASE NO. 08 CV 0338 JAH (NLS)<br><br>CLASS ACTION<br><br>**ORDER GRANTING PRELIMINARY APPROVAL OF CLASS AND COLLECTIVE ACTION SETTLEMENT**<br><br>DATE:　　May 12, 2008<br>TIME:　　2:30 p.m.<br>CRTRM:　11<br>JUDGE:　Hon. John A. Houston |

On May 12, 2008, the Court heard a joint motion by CARL J. BASILE, ALLAN B. ROSENTHAL, DAVID STABILE, PHILIP RICHMAN, JAMES D. NELSON, MARK STEEN and TERRY TOBIN (as Class Representatives), on behalf of themselves and all others similarly situated, and A.G. EDWARDS & SONS, INC., for preliminary approval of a proposed class and collective action settlement. The Court has considered the Joint Stipulation And Settlement Agreement ("Stipulation") and the proposed Notice To Class Members Regarding Pendency of Class And Collective Action and Notice of Hearing On Proposed Settlement ("Class Notice") and attached forms, exhibits and schedules, and the submissions of counsel, and hereby finds and orders as follows:

1. The Court finds on a preliminary basis that the settlement memorialized in the Stipulation, filed with the Court, falls within the "range of reasonableness" and therefore approves the settlement on a preliminary basis.

2. Pursuant to Rule 23(a) and Rule 23(b)(3) of the Federal Rules of Civil Procedure, the Court conditionally certifies, for settlement purposes only, the following class ("Class"): All individuals who were employed by A.G. Edwards & Sons, Inc. ("AGE") in the United States outside the state of California in the position of Financial Consultant, during all or part of the maximum applicable limitations period for the state in which the individual was so employed by AGE (as set forth in Schedule 1 to the Stipulation) through the date this Court enters an order preliminarily approving the allocation and approving the form of notice to the Class ("Notice and Allocation Approval Date").

3. Pursuant to 29 U.S.C. § 216(b), the Court further conditionally certifies, for settlement purposes only, the following collective action ("Collective Action"): All individuals who were employed by AGE in the United States outside the state of California in the position of Financial Consultant, during all or part of the period from July 6, 2003 through the Notice and Allocation Approval Date.

4. This Order, which conditionally certifies a class and collective action for settlement purposes only, shall not be cited in any matter for the purpose of seeking class or collective action certification or class or collective action notice.

5. The Court appoints for settlement purposes only Carl J. Basile, Allan B. Rosenthal,

08 CV 0338 JAH (NLS)

- 1 -

1  David Stabile, Philip Richman, James D. Nelson, Mark Steen and Terry Tobin as Class and
2  Collective Action Representatives.

3        6.      The Court appoints for settlement purposes only the law firm of Wolf Haldenstein
4  Adler Freemen & Herz LLP, the Thierman Law Firm, P.C., the law firm of Carlson Lynch LTD and
5  the law firm of Schiffrin Barroway Topaz & Kessler LLP as Class Counsel, and the law firm of
6  Wolf Haldenstein Adler Freemen & Herz LLP as Class Lead Counsel.

7        7.      The Court appoints The Garden City Group, Inc. as the Claims Administrator.

8        8.      Concurrently herewith, the Court has signed and entered the "Order Appointing
9  Special Master", in which the Court appoints the Hon. Charles A. Legge as Special Master. The
10 parties shall file the Special Master's written recommendation (the "Recommendation") concerning
11 the allocation of the Net Settlement Amount among the Participating Claimants (as those terms are
12 defined in the Stipulation) in light of the applicable law in the jurisdictions covered by the settlement
13 and in light of the parties' Stipulation no later than five (5) court days following their receipt of the
14 Recommendation.

15       9.      The Court will conduct a hearing approximately three weeks after the Court receives
16 the Special Master's Recommendation to consider the fairness of the allocation of the Net Settlement
17 Amount recommended by the Special Master and to approve and authorize the mailing of the Class
18 Notice.

IT IS SO ORDERED.

DATED: June 9, 2008

                           Honorable John A. Houston,
                           UNITED STATES DISTRICT JUDGE

AGE:15823.ORD2